1   Ronald Wilcox, S.B.N. #176601
    Attorney at Law
2   1900 The Alameda, Suite 530
3   San Jose, CA 95126
    Tel: 408-296-0400
4   Fax: 408-296-0486

5
    Ben E. Dupré, S.B.N. #231191
6   DUPRE LAW FIRM, P.C.
    2005 De La Cruz Blvd., Suite 203
7   Santa Clara, CA 95050
    Tel: (408) 727.5377
8   Fax: (408) 727.5310

9
    Attorney for Plaintiff
10  PIEDAD C. LLEDO

11                      **UNITED STATES DISTRICT COURT**
12             **FOR THE NORTHEN DISTRICT OF CALIFORNIA**
                         **SAN JOSE DIVISION**
13

14  PIEDAD C. LLEDO,                    )   Case No.: CV 11-01255 PSG
                                        )
15              Plaintiff,              )
                                        )
16          vs.                         )   **NOTICE OF DISMISSAL**
                                        )
17  CACH, LLC a/k/a CACH of COLORADO,   )
18  LLC, SQUARE TWO FINANCIAL CORP.,    )
    f/k/a  COLLECT AMERICA, LTD., G.    )
19  REYNOLD SIMS AND ASSOCIATES, P.C.   )
                                        )
20          Defendants.                 )
                                        )
21  _____)
22

23

24          Plaintiff files this herein Notice of Dismissal with prejudice.

25

26  Date: 5/24/11

27  /s/Ronald Wilcox
    _____
28  Ronald Wilcox
    Attorney for Plaintiff

---

NOTICE OF DISMISSAL WITH PREJUDICE